Judge: Gary Feinerman
Magistrate: Mary M. Rowland
Filed: 6/13/2016
Case#'s: 16cv6158 CAC, 16cv6159 CAC, 16cv6160 CAE, 16cv6161 CAE, 16cv6162 CAN, 16cv6163 CAN, 16cv6164 FLM, 16cv6165 FLS, 16cv6166 FLS, 16cv6168 FLS, 16cv6169 MA, 16cv6170 MA, 16cv6171 MN, 16cv6172 MOE, 16cv6173 NYE, 16cv6174 NYE, 16cv6175 OHN, 16cv6176 OHN, 16cv6177 PAE, 16cv6178 PAE, 16cv6179 PAM, 16cv6181 PAW, 16cv6182 PAW, 16cv6183 TXS

mr

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: 100% GRATED PARMESAN CHEESE
MARKETING AND SALES PRACTICES
LITIGATION**

MDL No. 2705

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 2, 2016, the Panel transferred 14 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Gary Feinerman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Feinerman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 2, 2016, and, with the consent of that court, assigned to the Honorable Gary Feinerman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 13, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MELISSA RIVERA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 14, 2016

IN RE: 100% GRATED PARMESAN CHEESE
MARKETING AND SALES PRACTICES
LITIGATION                                                           MDL No. 2705


## SCHEDULE CTO−1 − TAG−ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|

**CALIFORNIA CENTRAL**

| CAC | 2 | 16−02455 | Michael Ambers v. Kraft Heinz Company | 16cv6158 |
| ~~CAC~~ | ~~2~~ | ~~16−03345~~ | ~~David Greenstein v. Kraft Heinz Company~~ | |
| CAC | 8 | 16−00605 | Adam Weiss et al v. The Kraft Heinz Company | 16cv6159 |

**CALIFORNIA EASTERN**

| CAE | 1 | 16−00400 | Lewis v. Kraft Heinz Foods Company | 16cv6160 |
| CAE | 2 | 16−00849 | Brahler v. Kraft Heinz Food Company | 16cv6161 |

**CALIFORNIA NORTHERN**

| CAN | 3 | 16−01552 | Agles v. Kraft Heinz Foods Company | 16cv6162 |
| CAN | 3 | 16−01616 | Mattley v. Kraft Heinz Foods Company | 16cv6163 |
| ~~CAN~~ | ~~3~~ | ~~16−02753~~ | ~~Rebekah Prewitt et al v. Safeway Inc.~~ | |

**FLORIDA MIDDLE**

| FLM | 8 | 16−00515 | Franklin v. Wal−Mart Stores, Inc. et al | 16cv6164 |

**FLORIDA SOUTHERN**

| FLS | 0 | 16−60624 | SELLERS v. KRAFT HEINZ FOODS COMPANY, | 16cv6165 |
| FLS | 9 | 16−80382 | Cruz v. WalMart Store, Inc.  16cv6166 | |
| FLS | 9 | 16−80511 | Randolph v. Kraft Heinz Foods Company | 16cv6168 |

**MASSACHUSETTS**

| MA | 1 | 16−10553 | SIMS v. ALBERTSONS, LLC et al   16cv6169 | |
| MA | 1 | 16−10586 | Saitta, v. Target Corporation   16cv6170 | |

**MINNESOTA**

| MN | 0 | 16−00686 | Hara et al v. Target Corporation et al | 16cv6171 |

MISSOURI EASTERN

| | | | | |
|---|---|---|---|---|
| MOE | 4 | 16–00369 | Zachary v. Target Corporation | 16cv6172 |

NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 16–01529 | Campana v. Kraft Heinz Food Company | 16cv6173 |
| NYE | 2 | 16–01162 | Costoso v. Wal–Mart Stores, Inc. | 16cv6174 |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 1 | 16–00535 | Davies v. Wal–Mart Stores, Inc. | 16cv6175 |
| OHN | 3 | 16–00536 | Lee v. Kraft Heinz Foods Company | 16cv6176 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 16–01135 | JONES v. WAL–MART STORES, INC. | 16cv6177 |
| PAE | 2 | 16–01136 | ELLISON v. KRAFT HEINZ FOODS COMPANY | 16cv6178 |

PENNSYLVANIA MIDDLE

| | | | | |
|---|---|---|---|---|
| PAM | 1 | 16–00475 | Bundy v. Target Corporation | 16cv6179 |

PENNSYLVANIA WESTERN

| | | | | |
|---|---|---|---|---|
| PAW | 2 | 16–00328 | HACKMAN v. KRAFT HEINZ FOOD COMPANY | 16cv6181 |
| PAW | 2 | 16–00398 | FORD v. KRAFT HEINZ FOODS COMPANY | 16cv6182 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 4 | 16–00612 | Manfredi v. Walmart Stores Inc | 16cv6183 |

Case 3MDL-cv-01275-RS Document 1518 Filed 06/34/16 Page 3 of 3